

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00046-CV

**UNIVISION RADIO CORPORATION**,
Appellant

v.

Angel **SUAREZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-21079
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED July 31, 2019.

_____
Rebeca C. Martinez, Justice